IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LERMA,<br><br>  Petitioner,<br><br> v.<br><br>WARDEN G.D. LEWIS,<br><br>  Respondent. | No. C 11-4265 LHK (PR)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS<br><br>(Docket No. 14.) |

Petitioner, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 6, 2012, Respondent filed a Motion to Dismiss Petitioner's Petition for Writ of Habeas Corpus filed on August 30, 2011, and Supplemental Petition for Writ of Habeas Corpus filed on September 22, 2011, on the grounds that the Petitions fail to state a claim for federal habeas relief and the Petitions are barred by the applicable one-year statue of limitations. Petitioner requests a thirty day extension of time in which to file an opposition to the Respondent's motion. Petitioner's request is **GRANTED.** Petitioner shall file his opposition within thirty days of the date of the filing of this order.

This order terminates docket no. 14.

IT IS SO ORDERED.

DATED: 4/2/12

                 *Lucy H. Koh*
                 LUCY H. KOH
                 United States District Judge

Order Granting Ext. Of Time to file Opp.
G:\PRO-SE\SJ.LHK\HC.11\Lerma265eotopp.wpd