SUPERIOR COURT OF THE STATE OF CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **MICHAEL LERMA,** | C11-4265 LHK |
| Petitioner, | [~~PROPOSED~~] **ORDER** |
| v. | |
| **GREG LEWIS, Warden** | |
| Respondent. | |

This court considered Respondent's Request for an Extension of Time to Respond to Petitioner Michael Lerma's Opposition to the Motion to Dismiss, and good cause appearing,

**IT IS HEREBY ORDERED** that Respondent's Request for an Extension of Time is **GRANTED**. Respondent shall respond to the petition by August 14, 2012.

Dated: 6/22/12

*Lucy H. Koh*
The Honorable Lucy H. Koh

1

[~~Proposed~~] Order  (C11-4265 LHK)